UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAREN KEARNEY,**

   **Plaintiff,**

v.                                                        Case No. 8:22-cv-2537-SDM-AAS

**CINTAS CORPORATION NO. 2,**

   **Defendant.**
_____/

## ORDER

Defendant Cintas Corporation No. 2 (Cintas) requests an order compelling Plaintiff Karen Kearney to respond to Cintas's Interrogatories and Request for Production served on January 13, 2023. (Doc. 18). Ms. Kearney did not respond to Cintas's motion within the fourteen days permitted by this court's Local Rules. *See* Local Rule 3.01(c), M.D. Fla. ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure allows a party to move for an order compelling discovery if another party fails to respond to interrogatories submitted under Rule 33 or to a document request submitted under Rule 34. Given Ms. Kearney's failure to respond to Cintas's written discovery requests followed by the failure to respond to Cintas's motion to compel, the motion (Doc. 18) is **GRANTED**.

1

(1) By **April 14, 2023**, Ms. Kearney must serve written responses to Cintas's Interrogatories and Request for Production.

(2) Cintas's reasonable attorney's fees and expenses incurred in bring this motion are awarded against Ms. Kearney. *See* Fed. R. Civ. P. 37(a)(5)(A) ("If the motion [to compel] is granted . . . the court must . . . require the party or deponent whose conduct necessitated the motion . . . to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees."). Counsel for both parties must confer and attempt to agree on the reasonable amount of attorney's fees and expenses Cintas incurred in relation to this motion. If counsel cannot agree, Cintas may file a motion with supporting documentation.

**ORDERED** in Tampa, Florida on March 29, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge